IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) CRIMINAL NO. 13-CR-30224-MJR
vs. )
)
TIMOTHY S. GRIESEMER, )
)
Defendant. )

FILED
SEP 10 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## SPECIAL VERDICT
(Complete only if you find the Defendant guilty on Count 1)

If you find the defendant guilty of the offense of attempted commercial sex trafficking of a minor, then you must also determine whether the government proved, beyond a reasonable doubt, that the defendant knew that the person he attempted to recruit, entice or obtain to engage in a commercial sex act was under the age of 14 years.

__X__ Yes  _____ No


_____
FOREPERSON

